# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jeffrey P. Knutson

               Plaintiff,                                Civ. No. 10-3983 (JNE/JJK)

   v.

HSBC Bank USA, N.A., as Trustee on behalf
of ACE Securities Corp. Home Equity Loan                    **Order**
Trust and for the registered holders of ACE
Securities Corp. Home Equity Loan Trust,
Series 2006-ASAP4, Asset Backed Pass-
through Certificates,

               Defendant.

Jeffrey P. Knutson, *pro se*.

Caitlin R. Dowling, Esq., and Eric D. Cook, Esq., Wilford & Geske, PA. for Defendant.

The above matter comes before the Court upon the Report and Recommendation of

United States Magistrate Judge Jeffrey J. Keyes dated February 9, 2011.  No objections have

been filed to that Report and Recommendation in the time period permitted.  Based on the

Report and Recommendation of the Magistrate Judge, on all of the files, records, and

proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

    1.      Defendant's Motion to Dismiss (Doc. No 2), is **GRANTED**; and

    2.      This case is Dismissed With Prejudice.

           **LET JUDGMENT BE ENTERED ACCORDINGLY**

Date:  2-28-2011

s/  Joan N. Ericksen

Joan N. Ericksen
United States District Judge